UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
NELSON, TIMOTHY A.                  §      Case No. 08-17040 SQU
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF BANKRUPTCY COURT
    KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/23/2012 in Courtroom 4016,
    DuPage County Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/20/2012    By: CLERK OF BANKRUPTCY COURT

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
NELSON, TIMOTHY A.    §    Case No. 08-17040 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,957.66 |
| and approved disbursements of | $ | 44.10 |
| leaving a balance on hand of[1] | $ | 5,913.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,345.76 | $ 0.00 | $ 1,345.76 |
| Other: International Sureties Ltd. | $ 5.05 | $ 5.05 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,345.76 |
| Remaining Balance | | $ | 4,567.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,081.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation assignee of | $ 2,907.37 | $ 0.00 | $ 2,907.37 |
| 000002 | Recovery Management Systems Corporation | $ 1,174.46 | $ 0.00 | $ 1,174.46 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,081.83 |
| | Remaining Balance | | $ | 485.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 485.97 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 08-17040-CD
Timothy A. Nelson                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2            Date Rcvd: Feb 21, 2012
                              Form ID: pdf006            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2012.
```
db         +Timothy A. Nelson,    904 Lyford Lane,    Wheaton, IL 60189-6249
12378497    Capital One,   P. O. Box 30285,    Salt Lake City, UT  84130-0285
12378498    GE Money Bank,    Meyer & Njus, P.A.,    1100 U.S. Bank Plaza, 200 S. Sixth St.,
             Minneapolis, MN  55402
12378499    Home Depot,   P. O. Box 689100,    Des Moines, IA  50368-9100
12378500    Hsbc Card Services,    P. O. Box 81622,    Salinas, CA  93912-1622
12378501    Hsbc/Best Buy,    90 Christiana Road,    New Castle, DE  19720-3118
12378495    Janet Watson,    330 S Naperville Road Suite 405,    Wheaton, IL  60187-5442
12378494   +Nelson Timothy A,    904 Lyford Lane,    Wheaton, IL 60189-6249
12658026    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12378502     E-mail/Text: cio.bncmail@irs.gov Feb 22 2012 06:17:40     Internal Revenue Service,
              Centralized Insolvency Operations,   P. O. Box 21126,   Philadelphia, PA  19114
12923518    +E-mail/PDF: rmscedi@recoverycorp.com Feb 22 2012 06:49:12
              Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12378503     E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2012 06:49:01     Wal-Mart,   P. O. Box 981400,
              El Paso, TX  79998-1400
                                                                                             TOTAL: 3
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12378496    ##Bank Of America,   P. O. Box 15026,    Wilmington, DE  19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina             Page 2 of 2            Date Rcvd: Feb 21, 2012
                              Form ID: pdf006           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2012 at the address(es) listed below:

          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Janet L Watson    on behalf of Debtor Timothy Nelson jwatsonjd@aol.com
          Joseph E Cohen    on behalf of Trustee Gina Krol jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Gina Krol law_4321@yahoo.com,  Billbusters@BestClientinc.com
                                                                                                                                          TOTAL: 6