# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NELSON, TIMOTHY A. | § | Case No. 08-17040 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                        Claims Discharged
                                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Capital One | | | | | |
| | GE Money Bank | | | | | |
| | HSBC | | | | | |
| | Home Depot | | | | | |
| 000001 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000002 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Case 08-17040 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT 16:03:54 Desc Main
Doc 40 Filed 06/01/12 Entered 06/01/12 Page: 1
ASSET CASES
Document Page 7 of 12

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 08-17040 | SQU | Judge: JOHN H. SQUIRES | | |

| | | |
|---|---|---|
| Case Name: | NELSON, TIMOTHY A. | |

Trustee Name:      GINA B. KROL
Date Filed (f) or Converted (c):   07/01/08 (f)
341(a) Meeting Date:   07/29/08

For Period Ending: 05/17/12

Claims Bar Date:   12/15/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Chase checking account | 200.00 | 200.00 | | 0.00 | FA |
| 2. 2 televisions, 2 dvd players, 2 vcrs, receivers, s | 500.00 | 500.00 | | 0.00 | FA |
| 3. couch, recliner, dresser, bed, 2 boom boxes, 2 rad | 500.00 | 500.00 | | 0.00 | FA |
| 4. 100 records, 120 cd's 800 dvd's, die cast models | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 5. work clothes, suit, boots | 200.00 | 200.00 | | 0.00 | FA |
| 6. 2 shotguns, 2 rifles, 3 st pistol(broken), fishing | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7. Prudential Variable Appreciable Life Policy - Valu | 3,879.00 | 3,879.00 | | 3,478.76 | FA |
| 8. Chicago Council of Carpenters Pension - $397.00 mo | 0.00 | Unknown | | 0.00 | FA |
| 9. Putnam IRA | 3,478.38 | 3,478.38 | | 0.00 | FA |
| 10. State of Wisconsin lost/abandoned property fund ho | 2,000.00 | 2,000.00 | | 2,474.28 | FA |
| 11. 2003 Dodge Pickup 2500 RAM | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 12. 14' aluminum boat, 9.8 Hp 84, 1995 Trailer, Trolli | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 13. 3 miter boxes, 2 roto hammers, 2 aluminum planks, | 3,500.00 | 3,500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.70 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $22,457.38      $22,457.38      $5,957.74      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 03/31/12

Ver: 16.06b

LFORM1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 08-17040 -SQU | |
| Case Name: | NELSON, TIMOTHY A. | |
| | | |
| Taxpayer ID No: | *******4833 | |
| For Period Ending: | 05/17/12 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9695  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/08 | 7 | Prudential Life Insurance Co. P.O. Box 7390 Philadelphia, PA  19176 | Cash value of life insurance | 1129-000 | 3,478.76 | | 3,478.76 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 3,478.81 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.28 | | 3,479.09 |
| 12/04/08 | 10 | Treasurer of State of Wisconsin P.O. Box 7871 Madison, WI 53707 | | 1129-000 | 2,474.28 | | 5,953.37 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 5,953.63 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,953.68 |
| 02/17/09 | 000301 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 4.66 | 5,949.02 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,949.07 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,949.12 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,949.25 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,949.39 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,949.55 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,949.70 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,949.85 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,950.00 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,950.15 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,950.30 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,950.45 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,950.59 |
| 02/09/10 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 4.42 | 5,946.17 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,946.31 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,946.47 |
| | | | Page Subtotals | | 5,955.55 | 9.08 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.06b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-17040 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | NELSON, TIMOTHY A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9695  BofA - Money Market Account |
| Taxpayer ID No: | *******4833 | | | |
| For Period Ending: | 05/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,946.62 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,946.77 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,946.92 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,947.07 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,947.23 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,947.38 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,947.52 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 5,947.68 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,947.83 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,947.98 |
| 02/07/11 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.05 | 5,942.93 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,942.98 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.03 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.08 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.13 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.18 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.23 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.28 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,943.38 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.57 | 5,935.81 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,935.86 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.32 | 5,928.54 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,928.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.31 | 5,921.28 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,921.33 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 5,913.56 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,913.61 |

Page Subtotals                    2.16              35.02

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.06b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-17040 -SQU | | | | | |
| Case Name: | NELSON, TIMOTHY A. | | | | | |

| | | | | Trustee Name: | GINA B. KROL | |
| | | | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******4833 | | | Account Number / CD #: | *******9695  BofA - Money Market Account | |
| For Period Ending: | 05/17/12 | | | | | |
| | | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,913.64 |
| 03/22/12 | | Transfer to Acct #*******4276 | Final Posting Transfer | 9999-000 | | 5,913.64 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 5,957.74 | 5,957.74 | 0.00 |
| | Less:  Bank Transfers/CD's | | | 0.00 | 5,913.64 | |
| | Subtotal | | | 5,957.74 | 44.10 | |
| | Less:  Payments to Debtors | | | | 0.00 | |
| | Net | | | 5,957.74 | 44.10 | |

| | | |
|---|---|---|
| Page Subtotals | 0.03 | 5,913.64 |

Ver: 16.06b

LFORM24

FORM 2
Document   Page 11 of 12

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-17040 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | NELSON, TIMOTHY A. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4276  BofA - Checking Account |
| Taxpayer ID No: | *******4833 | | | |
| For Period Ending: | 05/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | | Transfer from Acct #*******9695 | Transfer In From MMA Account | 9999-000 | 5,913.64 | | 5,913.64 |
| 03/23/12 | 003001 | GINA B. KROL | Chapter 7 Compensation/Fees | 2100-000 | | 1,345.76 | 4,567.88 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 03/23/12 | 003002 | eCAST Settlement Corporation assignee of | Claim 000001, Payment 111.90767% | | | 3,253.57 | 1,314.31 |
| | | HSBC Bank Nevada and its Assigns | | | | | |
| | | POB 35480 | | | | | |
| | | Newark NJ 07193-5480 | | | | | |
| | | | Claim          2,907.37 | 7100-900 | | | |
| | | | Interest          346.20 | 7990-000 | | | |
| 03/23/12 | 003003 | Recovery Management Systems Corporation | Claim 000002, Payment 111.90760% | | | 1,314.31 | 0.00 |
| | | For GE Money Bank | | | | | |
| | | dba WALMART | | | | | |
| | | 25 SE 2nd Ave Ste 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| | | | Claim          1,174.46 | 7100-900 | | | |
| | | | Interest          139.85 | 7990-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,913.64 | 5,913.64 | 0.00 |
| Less:  Bank Transfers/CD's | 5,913.64 | 0.00 | |
| Subtotal | 0.00 | 5,913.64 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,913.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - *******9695 | 5,957.74 | 44.10 | 0.00 |
| BofA - Checking Account - *******4276 | 0.00 | 5,913.64 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 5,957.74 | 5,957.74 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        5,913.64        5,913.64

Ver: 16.06b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: | 08-17040  -SQU | | | Trustee Name: | GINA B. KROL | | |
| Case Name: | NELSON, TIMOTHY A. | | | Bank Name: | BANK OF AMERICA, N.A. | | |
| | | | | Account Number / CD #: | *******4276  BofA - Checking Account | | |
| Taxpayer ID No: | *******4833 | | | | | | |
| For Period Ending: | 05/17/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - *******9695 | | | | |
| | | | BofA - Checking Account - ********4276 | | | | |

                    /s/    GINA B. KROL

Trustee's Signature: _____  Date: 05/17/12
                    GINA B. KROL